# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BRANDON JAYWANN JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:20-cv-00337-AMM-JHE |
| LEON BOLLING, et al., | ) |
| Defendants. | ) |

## ORDER

On August 28, 2020, the magistrate judge entered a report recommending the plaintiff's claims against all defendants except for Lieutenant Michael Wheat be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 12). The magistrate judge further recommended the plaintiff's claims for procedural due process violations and retaliation against defendant Wheat be referred back to the magistrate judge for further proceedings. (*Id.* at 12). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation,[1] the magistrate judge's report

---

[1] The court observes that the plaintiff has updated his address of record with the court since his transfer to Limestone Correctional Facility. *Contra* Doc. 12 at n.1.

is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The court **ORDERS** that all of the plaintiff's claims against defendants Warden Leon Bolling, Warden Kenneth Peters, Classification Specialist Hayes, Classification Specialist Bonner, Classification Specialist Betty Stevenson, Classification Director Casandra Conway, Psychological Associate Ms. Moore, Warden Gwen Givens, Correctional Officer Thaddeus Clarke, Sergeant Richard Godsey, Commissioner Jefferson Dunn, Sergeant William Patrick and the Classification Review Board are **DISMISSED WITHOUT PREJUDICE**. The court further **ORDERS** that the plaintiff's claims for procedural due process violations and retaliation against defendant Lieutenant Michael Wheat are **REFERRED** to the magistrate judge for further proceedings.

    **DONE** and **ORDERED** this 7th day of October, 2020.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE